JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH NEEV, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALCON LABORATORIES, INC.,<br>a Delaware Corporation, and<br><br>WAVELIGHT, GmbH<br>a German Corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 8:15-cv-00336-JVS-JCG<br><br>**FINAL JUDGMENT**<br><br>Judge: Hon. James V. Selna<br>Dept: 10C |

|   |   |
|---|---|
| 1 | This matter comes before the Court on the Parties' Joint Request for Entry of |
| 2 | Judgment.  Upon consideration of said Request, the Court's June 30, 2017, Order on |
| 3 | Summary Judgment, and the record in this case, it is hereby ORDERED, |
| 4 | ADJUDGED, and DECREED that: |
| 5 | (1) Claims 79 and 84 of U.S. Patent No. 6,482,199 are invalid; |
| 6 | (2) judgment is entered fully in favor of Alcon Laboratories, Inc. and |
| 7 | WaveLight GmbH, and against Dr. Joseph Neev, as to Dr. Neev's claim for |
| 8 | infringement of U.S. Patent No. 6,482,199; |
| 9 | (3) judgment is entered fully in favor of Alcon Laboratories, Inc. and |
| 10 | WaveLight GmbH, and against Dr. Joseph Neev, as to Dr. Neev's claim for |
| 11 | infringement of U.S. Patent No. 8,523,926; and that |
| 12 | (4) Dr. Neev take nothing as to his claims against Alcon Laboratories, Inc. and |
| 13 | WaveLight GmbH. |

Dated: October 25, 2017    By: _____
Honorable James V. Selna
United States District Judge

- 1 -