# UNITED STATES DISTRICT COURT
## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

Joseph Neev

V.

Case Number:  8:15-cv-00336-JVS-JCGx

Alcon Laboratories, Inc. and WaveLight

Judgment was entered in this action on __10/25/2017__ / __180__ against __Joseph Neev__ .
                                          Date        Docket No.

### NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.

| | |
|---|---:|
| Filing fees: see L.R. 54-3.1 …………………………………………………………… | $0.00 |
| Fees for service of process: see L.R. 54-3.2…………………………………………… | $1,007.73 |
| United States Marshal's fees: see L.R. 54-3.3 ………………………………………… | $0.00 |
| Reporter's transcripts: see L.R. 54-3.4……………………………………………… | $0.00 |
| Depositions: see L.R. 54-3.5 …………………………………………………………… | $18,430.00 |
| Witness fees (itemize on page 2): see L.R. 54-3.6…………………………………… | $10,144.20 |
| Interpreter's and translator's fees: see L.R. 54-3.7 ………………………………… | $0.00 |
| Docket fees: see L.R. 54-3.8 …………………………………………………………… | $0.00 |
| Masters, commissioners and receivers: see L.R. 54-3.9 …………………………… | $0.00 |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10…………… | $8,899.08 |
| Premiums on bonds and undertakings: see L.R. 54-3.11 …………………………… | $0.00 |
| Other Costs: see L.R. 54-3.12 (attach court order) ………………………………… | $0.00 |
| State Court costs: see L.R. 54-3.13…………………………………………………… | $0.00 |
| Costs on appeal: see L.R. 54-4…………………………………………………………… | $0.00 |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5………………………… | $0.00 |
| **TOTAL** | $38,481.01 |

**NOTE**: You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations.  All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this application has been served on all parties by:

[✓] The Court's CM/ECF System

[ ] Conventional service by first class mail

[ ] Other _____

/s/ John R. Lanham
_____          John R. Lanham
Signature                                                     Print Name

Attorney for: Alcon Laboratories, Inc. and WaveLight GmbH

Costs are taxed in the amount of _____

_____      By: _____      _____
Clerk of Court                              Deputy Clerk                              Date

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| See Attachment A | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | |

WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees)

## ATTACHMENT A: Witness Fees

Depositions taken by Neev and LLNS (50% recovery sought)

| Deponent | Date | Witness fee | Actual Dates of Travel | Dates for Which Subsistence is Sought | Taxi/Parking/Rental Car | Depo Flights | *Actual - Depo Travel Room and Subsistence | Statutory - Depo Travel Room and Subsistence | **Lesser of Actual and Statutory |
|---|---|---|---|---|---|---|---|---|---|
| Berns, Michael | 3/7/2017 | $ 40.00 | | | | | | | |
| Cates, Richard | 3/13/2017 | $ 40.00 | | | | | | | |
| Fish, Robert | 3/13/2017 | $ 40.00 | | | | | | | |
| Kittelmann, Olaf | 3/9/2017 | | 3/6-3/11/17 | 3/8/17-3/10/17 | *** $ 349.59 | $ 3,060.75 | $482.14 | $ 484.00 | $ 482.14 |
| Marjoribanks, Robin | 7/20/2016 | | 7/17-7/21/16 | 7/19-7/21/16 | **** $ 193.61 | $ 4,767.06 | $698 | $ 534.00 | $ 534.00 |
| Paredes, J. Peter | 2/24/2017 | $ 40.00 | | | | | | | |
| Squier, Jeffrey | 3/2/2017 | $ 40.00 | | | | | | | |
| | Gross Totals: | $200.00 | | | $543.20 | $7,827.81 | | | $1,016.14 |
| | Amount Requested (50%) | $100.00 | | | $271.60 | $3,913.90 | | | $508.07 |

\*    Actual-Depo Travel Room and Subsistence is calculated using expenses from the dates in the "Dates for Which Subsistence is Sought" column

\*\*   This category was determined by taking the lesser of the actual travel room and subsistence and the statutorily permitted per diem fee.

\*\*\*  Purchases in Euros were calculated using the exchange rate on the date of the purchase.

\*\*\*\* Purchases in Canadian dollars were calculated using the exchange rate on the date of the purchase.

Depositions taken by only Neev (100% recovery sought)

| Deponent | Date | Witness fee | Actual - Dates of Travel | Dates for Which Subsistence is Sought | Taxi/Park-ing/Rental Car | Depo Flights | *Actual - Depo Travel Room and Subsistence | Statutory - Depo Travel Room and Subsistence | **Lesser of Actual and Statutory |
|---|---|---|---|---|---|---|---|---|---|
| Marjoribanks, Robin | 5/3/2017 | | 4/30-5/5/17 | 5/2-5/4/17 | ****$85.06 | $ 2,073.39 | $ 598.88 | $ 484.00 | $  484.00 |
| Norris, Theodore | 5/18/2017 | | 5/15/17 - | 5/17 - 5/19/17 | $ 255.00 | $ 1,429.64 | $ 193.97 | $ 484 | $ 193.97 |
| Stonecipher, Karl | 5/10/2017 | | 5/8 - 5/10/17 | 5/9 - 5/10/17 | $ 193.07 | $ 377.00 | $ 767.66 | $ 259.50 | $ 259.50 |
| | | **Amount Requested (100%):**  **$ 0** | | | **$ 533.13** | **$ 3,880.03** | | | **$ 937.47** |

**Combined Totals**

| | Witness fee | Taxi/Park-ing/Rental Car | Depo Flights | **Lesser of Actual and Statutory |
|---|---|---|---|---|
| **Neev and LLNS (50%)** | $100 | $271.60 | $3,913.90 | $508.07 |
| **Neev Only** | $ 0 | $533.13 | $3,880.03 | $937.47 |
| **Totals:** | **$100** | **$804.73** | **$7,793.93** | **$1445.54** |

**Grand Total:**

Witness fee:                                    $ 100
Taxi, Parking, etc:                         $ 804.73
Depo Flights:                                 $ 7,793.93
Lesser of Actual & Statutory:     $ 1,445.54

**Total Amount Requested        $ 10,144.20**